# EXHIBIT A

EASTERN DISTRICT OF PENNSYLVANIA

CASE NO.: 22-5139

## RETURN OF SERVICE

Jill K. Benson

vs.

Northampton County

ss.

I, STEVE V. FRANKS, a competent adult, being duly sworn according to law, depose and say that at **11:32am** on **02/23/2023**, I served **Northampton County, The Honorable Lamont G. McClure, Jr., County Executive** at **669 Washington Street #305, Easton, PA 18042** in the manner described below:

☐ Defendant(s) personally served.

☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____.

☐ Adult in charge of Defendant(s) residence who refused to give name and/or relationship.

☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).

☐ Agent or person in charge of Defendant's office or usual place of business.

☐ _____ an officer of said Defendant's company.

☑ Other: **By Serving Olivia Britt, Paralegal**

a true and correct copy of **SUMMONS AND COMPLAINT** issued in the above captioned matter.

Description:
Sex: FEMALE – Age: 35-40 – Skin: BLACK – Hair: BLACK – Height: 5'6" – Weight: 140

X _____
STEVE V. FRANKS - Cert/Appt#: none
Best Legal Services, Inc.
1617 John F. Kennedy Blvd. Suite 805
Philadelphia, PA 19103
(215) 567-7777
Atty File#:  - Our File# **117729**

Law Firm: BELL & BELL
Attorney: Christopher A. Macey, Jr., Esq.
Address: 1617 JOHN F. KENNEDY BLVD. SUITE 1245, PHILA, PA, 19103
Telephone: 215.569.2500