## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Plaintiff's Request for

Default was served upon Defendant Northampton County via first class mail on March 22, 2023

addressed as follows:

Northampton County
c/o The Honorable Lamont G. McClure, Jr.
County Executive
669 Washington Street #305
Easton, PA 18042

/s/ *Christopher A. Macey, Jr.*
Christopher A. Macey, Jr.

Dated: March 22, 2023